THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID H. HUNT, Appellant, *v.* CHARLES M. LANE, as Sheriff of the County of Westchester, Respondent.

*People ex rel. Hunt* v. *Lane,* 132 App. Div. 406, affirmed.
(Argued October 5, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1909, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding relator to the custody of defendant.

*David H. Hunt* for appellant.

*Francis A. Winslow* and *Frederick E. Weeks* for respondent.

Order affirmed ; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Certain Lands as a Site for the Blackwell's Island Bridge.

DAVID SHAPIRO et al., Appellants.

*Matter of City of New York* (*Blackwell's Island Bridge*), 133 App. Div. 896, affirmed.
(Argued October 5, 1909; decided October 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1909, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*D. E. Ainsworth* and *Albert I. Sire* for appellants.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connolly* and *Clarence L. Barber* of counsel), for respondent.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.